IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| P.G., | : |
| | : |
| Plaintiff, | : |
| | : |
| VS. | :     7 : 20-CV-160 (TQL) |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |

# ORDER

Pending is the Commissioner's Motion to Remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 21). The Commissioner indicates that Plaintiff does not oppose this motion. (Doc. 21-1).

Upon consideration of the motion, and the grounds urged in support thereof, the Commissioner's Motion for Remand is **GRANTED** (Doc. 21). The decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and this case is remanded to the Commissioner of Social Security for the administrative law judge ("ALJ") to further develop the record and issue a new decision. Specifically, on remand, the Appeals Council will forward the case to an ALJ and instruct the ALJ to update the medical record, reevaluate the medical source opinions and prior administrative findings consistent with the new medical regulations and agency policy, assess Plaintiff's residual functional capacity based on the evidence of record, and hold a supplemental hearing and obtain supplemental evidence from a vocational expert in compliance with agency policy and

Social Security Rulings 83-14 and 00-4p.

**SO ORDERED,** this 21st day of September, 2021.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE