IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PENNY GIDDENS, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-160(TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed January 4, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $1,300.00.

This 4th day of January, 2022.

David W. Bunt, Clerk

s/  Robin L. Walsh, Deputy Clerk